[No. 37026-0-I.    Division One.    May 5, 1997.]

*In the Matter of the Marriage of* SHERRI L. DRURY, *Appellant*, and TRACY A. DRURY, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-3-00479-4, Michael F. Moynihan, J., entered July 21 and April 28, 1995. *Remanded* by unpublished opinion per Grosse, J., concurred in by Coleman and Agid, JJ.

[Nos. 37048-1-I; 37150-9-I.    Division One.    May 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. HUTCHISON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. TREVOR DALE HUTCHISON, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 95-8-02433-7 and 95-8-02434-5, Charles V. Johnson, J., entered July 21, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Coleman and Becker, JJ.

[No. 37081-2-I.    Division One.    May 5, 1997.]

*In the Matter of the Marriage of* VICTOR P. HIMES and FRANCES A. HIMES, *Respondent*; JANANA MACINTYRE HIMES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-3-02242-2, David F. Hulbert, J., entered July 25, 1995. *Reversed* by unpublished opinion per Grosse, J., concurred in by Becker and Cox, JJ.